**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**SPRINGFIELD DIVISON**

| | | |
|---|---|---|
| SHAYNE EMERY, | ) | |
| | ) | Case No. 3:20-cv-03332-SEM-TSH |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CREDIT GUARD OF AMERICA, | ) | |
| INC. and DOES 1-10 | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF VOLUNTARY DISMISSAL**

Now come the Plaintiff, SHAYNE EMERY, by and through his attorneys, and respectfully requests the Court enter an order dismissing this action without prejudice as to Plaintiff's individual claims and without prejudice as to the putative class members' claims, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).  The Defendant has not yet filed an answer or a motion for summary judgment.

Dated: February 24, 2021

                                                RESPECTFULLY SUBMITTED,

                                                SHAYNE EMERY

                                        By:    /s/ David B. Levin
                                                   Attorney for Plaintiff
                                                   Illinois Attorney No. 6212141
                                                   Law Offices of Todd M. Friedman, P.C.
                                                   111 W. Jackson Blvd., Suite 1700
                                                   Chicago, IL 60604
                                                   Phone: (224) 218-0882
                                                   Fax: (866) 633-0228
                                                   dlevin@toddflaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on February 24, 2021 a copy of the foregoing Notice of Voluntary Dismissal was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

/s/ David B. Levin
Attorney for Plaintiff